# SOUTHEAST FIRST NATIONAL BANK OF MIAMI v. BRADSHAW
## Case No. 81-389-AP
Eleventh Judicial Circuit, Appellate Division, Dade County
October 20, 1982

### APPEARANCES OF COUNSEL

**J. Robert Olian** for appellant.

**Mary Jane Bradshaw,** pro se.

Before GOLDMAN, ORR AND KORVICK, JJ.

### OPINION OF THE COURT

KORVICK, Judge.

Appellant seeks review of a final judgment entered in behalf of Appellee denying recovery of a Deficiency balance owing from the appellee, Mary Jane Bradshaw.

Appellant raises the issue: Is a Bank regulated by Florida Statute 516.31, and states that the Appellant, Southeast First National Bank of Miami, is a banking institution, which the Florida legislature specifically intended to exclude from the provisions of Chapter 516.

This Appellate Panel, having reviewed the briefs and having heard

158

arguments of counsel, reverses the finding of the trial court, and holds that the appellant, Southeast First National Bank of Miami, is a banking institution and that banking institutions are not governed by the provisions of Chapter 516.

Accordingly, we reverse the finding of the trial court and direct the court to enter a deficiency judgment against the appellee, Mary Jane Bradshaw.

REVERSED .

Judges Goldman and Orr concur.